# EXHIBIT 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

JOSEPH BARBATO,

                *Plaintiff*,

-against-

JPMORGAN CHASE BANK, N.A.,

                *Defendant.*

**SUMMONS WITH NOTICE**

To the Entity Named as Defendants Above:

     **PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED** to appear in this action by serving notice of appearance on the Plaintiff at the address of Plaintiff's counsel, via the NYSCEF system, within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the summons is not delivered personally to you within the State of New York.

     **YOU ARE HEREBY NOTIFIED THAT** should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded below.

Dated: November 18, 2024
New York, NY

*/s/ Adam G. Singer*
Adam G. Singer
**LAW OFFICE OF ADAM G. SNGER, PLLC**
One Grand Central Place
60 E. 42nd Street, Suite 4600
New York, NY 10165
212.842.2428
asinger@adamsingerlaw.com

*Counsel for Plaintiff Joseph Barbato*

**Defendant's Address:**
JPMorgan Chase Bank, N.A., 270 Park Avenue, New York, NY

     **Notice: The nature of this action is:**
     Defendant(s) JPMorgan Chase Bank, N.A. ("Chase") violated 15 USC § 1681s-2 (b) by failing, after receiving notice from Experian Information Solutions, Inc., Equifax Information Services, LLC, and Trans Union LLC, that Plaintiff had disputed information furnished by Chase, to conduct reasonable investigations of the disputed information, and by failing, after being unable to verify the disputed information, to modify, delete, or permanently block reporting of the disputed information.

As a consequence of Defendant's violations, Plaintiff has been denied credit numerous times and suffered emotional distress including anxiety, stress, and humiliation.

**The relief sought is:**
- Actual damages for both economic and emotional harm in an amount exceeding $25,000 and to be determined by the trier of fact,
- $1,000 in statutory damages per violation,
- punitive damages in an amount to be determined by the trier of fact,
- injunctive relief against reporting or continuing to report the inaccurate information,
- litigation costs and expenses, and
- reasonable attorney's fees.

Should Defendant fail to appear herein, judgment will be entered by default for the sum of $500,000.00, with interest to run from November 18, 2024.

**Jury Trial:** Plaintiff demands a jury trial on all issues so triable.

**Venue:** Plaintiff designates New York County as the place of trial. The basis of this designation is that Defendant resides in New York County.