LAW OFFICE OF ADAM G. SINGER, PLLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 4600
NEW YORK, NY 10165

**SENDER**
ADAM G. SINGER
**EMAIL**
asinger@adamsingerlaw.com

**DIRECT DIAL**
(212) 842 – 2428
**FACSIMILE**
(212) 658 – 9682

May 29, 2025

**VIA ECF**
The Honorable J. Paul Oetken
United States District Judge
U.S. District Court, S.D.N.Y.
40 Foley Square
New York, NY 10007

      Re: *Barbato v. JPMorgan Chase Bank, N.A.* **1:25-cv-01066-JPO**
           **Notice of Settlement in Principle between Plaintiff and Defendant JPMorgan Chase Bank, N.A.**

Dear Judge Oetken:

      This firm represents Plaintiff in the above-referenced action ("Action"). I write to inform the Court that Plaintiff and Defendant JPMorgan Chase Bank, N.A. ("Chase") (a) have reached a confidential settlement in principle of Plaintiff's claims against Chase in the Action, and (b) intend to move expeditiously to finalize the terms of settlement and execute a formal settlement agreement ("Agreement"). When the settlement between the parties is finalized and all conditions in the Agreement required for dismissal of Chase from the Action are satisfied, Plaintiff and Chase will file a joint stipulation and proposed order dismissing all claims **against Chase only** with prejudice.

      This request does not affect any other defendant.

                                          Respectfully submitted,

                                          Adam G. Singer

ROCKLAND
400 RELLA BOULEVARD, SUITE 207- 488
MONTEBELLO, NY 10901

www.adamsingerlaw.com

WESTCHESTER
445 HAMILTON AVENUE, SUITE 1102
WHITE PLAINS, NY 10601